Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
602.277.8996
*mail@ch13bk.com*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| MATTHEW AARON KORDIK, | Case No. 2-23-bk-02533 PS |
| and | |
| KATHLEEN LOUISE KORDIK, | **TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER** |
| Debtors. | |

Russell Brown, Chapter 13 Trustee, pursuant to L.R.B.P. 2084-10(b), provides notice of intent to lodge a dismissal order for failure of the Debtors to comply with the Recommendation or file an objection to the Recommendation and obtain a hearing date. The Trustee could lodge a dismissal order 13 calendar days after serving this Notice. A copy of the proposed Order Dismissing Case is attached.

_____

Russell Brown, Trustee
Rachel Flinn, Esq., Attorney for Trustee

A copy of this Notice of Intent to Lodge Dismissal Order was served by mail or email to the Debtors and Debtors' attorney on the date signed to:

MARTIN J. BERKLEY
BERKLEY LAW OFFICE
1500 E. BETHANY HOME RD., STE 110
PHOENIX, AZ 85014
mjberkley@yahoo.com; tammy@mjberkleylaw.com
Attorney for Debtors

MATTHEW AARON KORDIK
KATHLEEN LOUISE KORDIK
13739 WEST MAUI LANE
SURPRISE, AZ 85379

_____
Dawn Smith

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| MATTHEW AARON KORDIK, | Case No. 2-23-bk-02533 PS |
| and | **ORDER DISMISSING CASE** |
| KATHLEEN LOUISE KORDIK, | |
| Debtors. | |

The Trustee having notified the Court that the Debtors failed to comply with the Trustee's Recommendation as required by Local Rule 2084-10, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1). The Trustee provides the following reason(s) for lodging a dismissal order:

**Failure to comply with the Trustee's Recommendation on the 1st Amended Chapter 13 Plan, failure to file the Motion for Referral to the Mortgage Modification Program all no later than January 11, 2024.**

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the Debtors must set the matter for hearing. L.R.B.P. 2084-17.

(C)   The Trustee is to pay from the remaining funds on hand conduit mortgage payments and any adequate protection payments previously ordered by the Court or as provided in Local Rule 2084-6, then to any allowed administrative expenses as provided in paragraph (E). If there is an insufficient amount of funds on hand to pay conduit mortgage payments and adequate protection payments, then the Trustee shall pay such amounts pro rata;

(D) The Trustee will retain the remaining funds on hand pending Court approval of the payment of administrative expenses of the attorney for the Debtors or any other party in interest. If the Chapter 13 Plan contains an application for payment of administrative expenses and no party in interest filed an objection to the application, then the counsel for the Debtors may lodge an order approving the application within 10 calendar days after the Court enters this Dismissal Order. Alternatively, counsel for the Debtors or other party in interest has 10 calendar days after the Court enters this Dismissal Order to file and notice out a separate fee application. If the attorney for the Debtors or other party in interest fails to timely lodge such Order or file a fee application, the Trustee may pay out the funds according to this Order.

(E) Then, after payment of conduit mortgage payments, adequate protection payments, and allowed attorney fees from funds on hand, the Trustee will return any remaining funds to the Debtors.

**ORDER SIGNED AND DATED ON PAGE ONE**

A copy of the proposed Order was mailed or emailed to:

MATTHEW AARON KORDIK
KATHLEEN LOUISE KORDIK
13739 WEST MAUI LANE
SURPRISE, AZ 85379

MARTIN J.  BERKLEY
BERKLEY LAW OFFICE
1500 E. BETHANY HOME RD., STE 110
PHOENIX, AZ 85014-
mjberkley@yahoo.com;  tammy@mjberkleylaw.com
Attorney for Debtors

---

D Smith
dsmith@ch13bk.com

*In re Kordik*
*Case No. 2-23-bk-02533 PS*
*Order Dismissing Case*